Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-7630 CRB<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Andrew Lewis, et al.,<br><br>                                    Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Bernard Nagel, Alan Waidelich, Vicki Luper, Adel Nawar, Sharon Lafeber, Henry R. Romero, Lillian Lancaster, Yvonne Peterson, and William Smarsh in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: 11-18, 2009 | By: /s/ Navan Ward Jr. |
| 2 | | |
| 3 | | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. |
| 4 | | 218 Commerce Street<br>P.O. Box 4160 |
| 5 | | Montgomery, Alabama 36103<br>Telephone: 334-269-2343 |
| 6 | | Facsimile: 334-954-7555 |
| 7 | | *Attorneys for Plaintiffs* |
| 8 | DATED: Nov. 18, 2009 | By: /s/ |

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 2 3 2009

Hon. Charles R. Breyer
United States District Court

-2-